OPINION # _____O-7538_____ WAS NEVER ISSUED OR

WAS WITHDRAWN.